**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6465**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GEORGE HARRIS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:88-cr-00076-AWA-1)

Submitted:  October 16, 2025                              Decided:  October 21, 2025

Before KING, AGEE, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George Harris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Harris appeals the district court's order denying his second motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i).  We have reviewed the record and conclude that the district court did not abuse its discretion by finding that the 18 U.S.C. § 3553(a) factors weighed against granting relief.  *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard of review).

Accordingly, we affirm the district court's order.  *United States v. Harris*, No. 2:88-cr-00076-AWA-1 (E.D. Va. May 6, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*